# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-3761
_____

ADOLFO L. PENA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

May 9, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Adolfo L. Pena, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.